UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE PERFECT CIGAR, INC.,

    Plaintiff,

v.                                    Case No.: 8:08-cv-2279-T-33TGW

CIGARS INTERNATIONAL, INC.,

    Defendant.
_____/

## **ORDER**

The parties' Notice of Dismissal with Prejudice (Doc. 18) is before the Court for consideration. The parties inform the Court that they have settled this case and seek an order dismissing it with prejudice, with each party to bear their respective attorney's fees and costs.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

This case is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 21st day of October 2009.

                                            VIRGINIA M. HERNANDEZ COVINGTON
                                            UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record